CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: carostegui@beesontayer.com»

Attorneys for Plaintiff TRUSTEES ON BEHALF
OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>CAL STATE PATROL SERVICE, INC.<br><br>Defendant. | Case No. C-09-05092 CRB<br><br>[PROPOSED] ORDER RE PLAINTIFF'S EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

Having considered Plaintiff's Ex Parte Motion and Declaration of Catherine E. Arostegui in support thereof, the Court finds good cause exists to continue the Case Management Conference and corresponding dates as follows:

1. The Case Management Conference will be continued from February 5, 2010 at 8:30 a.m. in Courtroom 8 to April 16, 2010 at 8:30 a.m. in Courtroom 8.

2. The Joint Case Management Conference Statement due date along with the date to complete initial disclosures and file/serve the Rule 26(f) Report will be continued from January 29, 2010 to one week prior to the new Case Management Conference date, April 9, 2010.

3. The parties' obligation to meet and confer regarding the Case Management Conference Statement, initial disclosures, early settlement, ADR selection process and discovery plan will be continued from January 15, 2010 to three weeks prior to the new Case Management Conference date, March 26, 2010.

4. The last day to file the Joint ADR Certification Stipulation to ADR process or Notice of Need for ADR Phone Conference will be continued from January 15, 2010 to three weeks prior to the new Case Management Conference date, March 26, 2010.

**IT IS SO ORDERED.**

Dated: January 22, 2010

By: _____
THE HONORABLE R. BREYER
United States District Judge

