1  CATHERINE E. AROSTEGUI, SBN 118756
   BEESON, TAYER & BODINE, APC
2  520 Capitol Mall, Suite 300
   Sacramento, CA 95814-4714
3  Telephone:   (916) 325-2100
   Facsimile:   (916) 325-2120
4  Email:       carostegui@beesontayer.com»

5

6  Attorneys for Plaintiff TRUSTEES ON BEHALF
   OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 TRUSTEES ON BEHALF OF THE BAY            Case No. C-09-05092 CRB
   AREA AUTOMOTIVE GROUP WELFARE
13 FUND,                                    [PROPOSED] ORDER RE PLAINTIFF'S
                                            EX PARTE MOTION TO CONTINUE
14                     Plaintiff,           CASE MANAGEMENT CONFERENCE
                                            AND RELATED DEADLINES
15       v.

16 CAL STATE PATROL SERVICE, INC.

17                     Defendant.

18

19      Having considered Plaintiff's Ex Parte Motion and Declaration of Catherine E. Arostegui in

20 support thereof, the Court finds good cause exists to continue the Case Management Conference and

21 corresponding dates as follows:

22      1.   The Case Management Conference will be continued from February 5, 2010 at 8:30

23 a.m. in Courtroom 8 to April 16, 2010 at 8:30 a.m. in Courtroom 8.

24      2.   The Joint Case Management Conference Statement due date along with the date to

25 complete initial disclosures and file/serve the Rule 26(f) Report will be continued from January 29,

26

27 2010 to one week prior to the new Case Management Conference date, April 9, 2010.

28
                                                                                          1

3. The parties' obligation to meet and confer regarding the Case Management Conference Statement, initial disclosures, early settlement, ADR selection process and discovery plan will be continued from January 15, 2010 to three weeks prior to the new Case Management Conference date, March 26, 2010.

4. The last day to file the Joint ADR Certification Stipulation to ADR process or Notice of Need for ADR Phone Conference will be continued from January 15, 2010 to three weeks prior to the new Case Management Conference date, March 26, 2010.

**IT IS SO ORDERED.**

Dated: January 22, 2010

By: _____
THE HONORABLE CHARLES R. BREYER
United States District Judge



[PROPOSED] Order re Plaintiff's Ex Parte
Motion to Continue Case Management Conference

130006.doc

2