CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: carostegui@beesontayer.com

Attorneys for Plaintiff
TRUSTEES ON BEHALF OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>CAL STATE PATROL SERVICE, INC.<br><br>Defendant. | Case No. C-09-05092 CRB<br><br>[PROPOSED] ORDER OF DEFAULT JUDGMENT |

Having considered Plaintiff's Motion for Default Judgment and the Declarations of Amy Lambert and Catherine E. Arostegui in support thereof, the Court grants Default Judgment in favor of the Plaintiff, Trustees on Behalf of the Bay Area Automotive Group Welfare Fun, and orders Defendant, Cal State Patrol Service, Inc., to pay to the Plaintiff the following:

1. Unpaid delinquent contributions in the amount of $25,490.00;

2. Unpaid liquidated damages of $3,058.80;

3. Interest on unpaid contributions calculated pursuant to Internal Revenue Code 6621, plus three percent (3%) percent, from the date contributions were originally due in the amount of $2,039.20;

4. Attorneys fees in the amount of $7,437.50; and

5. Costs in the amount of $574.68; for a total of $38,600.18.

1   **IT IS SO ORDERED.**

2

3   Dated:  April 21, 2010                    By: _____
                                                   THE H... ...BREYER
4                                                  United ...

5



[Proposed] Order of Default Judgment
Case No. C09-05092 CRB

134422.doc